IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
SEAN DEREK WARREN,              )
                                )
            Petitioner,         )
                                )
    v.                          )      1:23-cv-670
                                )
DAVID CASSADY, Warden, D.P.S.,  )
                                )
            Respondent.         )
```

## ORDER

On April 30, 2024, the United States Magistrate Judge's Memorandum Opinion and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 14, 15.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 14), is hereby **ADOPTED. IT IS FURTHER ORDERED** that Respondent's Motion to Dismiss, (Doc. 5), is **GRANTED**, that the Petition, (Doc. 1), is **DISMISSED** as successive without authorization under 28 U.S.C. § 2244(b)(3)(A), and this action is hereby **DISMISSED.**

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 8th day of July, 2024.

```
                   /s/ William L. Osteen, Jr.
                   United States District Judge
```